No. 10–8834. HAGOS v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 10–8836. HEINEMANN v. MURPHY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8840. TAYLOR v. CONWAY ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–8841. THOMAS v. VAIL, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8848. KOCH v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8855. POLK v. BEELER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8859. COOLEY v. MEDINA, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8860. RETANAN v. YATES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8866. THOMAS v. EAGLETON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–8874. SHEIKA v. DOW, ATTORNEY GENERAL OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8883. W. X. C. v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 10–8892. FRAUSTO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8894. FAUSNAUGHT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–8899. GOODLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8901. THOMPSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.